AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

V.

MELVIN GALE
DOB:
PDID:

**CRIMINAL COMPLAINT**

FILED
JUL 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06-318-M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 18, 2006 through June 29, 2006__ in __Washington, D.C.__ county, in the United States District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

Distribution of a controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)__.

I further state that I am __Mark Dargis, Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Mark Dargis, Special Agent
Federal Bureau of Investigation

SAUSA, Bryan Ruslund (202) 514-4922
Sworn to before me and subscribed in my presence,

JUL 11 2006                                  at      Washington, D.C.
Date                                                 City and State

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name & Title of Judicial Officer         Signature of Judicial Officer