AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

MELVIN GALE

**WARRANT FOR ARREST**

CASE NUMBER: 06-318-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Melvin Gale__
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Distribution of a controlled substance.

**FILED**
JUL 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __21__ United States Code, Section(s) __841(a)__.

Deborah A. Robinson                           Deborah A. Robinson
United States Magistrate Judge                United States Magistrate Judge
Name of Issuing Officer                        Title of Issuing Officer       District of Columbia

[signature]                                    JUL 11 2006
Signature of Issuing Officer                   Date and Location

Bail fixed at $ __HWOB__   by [signature]
                                               Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ~~ARRESTING~~ OFFICER | SIGNATURE OF ~~ARRESTING~~ OFFICER |
|---|---|---|
| 7/11/06 | Fitzgerald, Derrick DUSM | Reporting [signature] |
| DATE OF ARREST 7/13/06 | | |