UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0318M-01 (CR) |
| MELVIN GALE, | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| Defendant. | : | and § 841(b)(1)(C) |
| | : | (Unlawful Distribution of Oxycodone); |
| | : | 21 U.S.C. § 860(a) |
| | : | (Unlawful Distribution of Oxycodone Within |
| | : | 1000 Feet of a School); |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to |
| | : | Distribute Methadone); |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to |
| | : | Distribute Oxycodone); |
| | : | 21 U.S.C. § 853 |
| | : | (Criminal Forfeiture) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 13, 2006, within the District of Columbia, **MELVIN GALE**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Oxycodone**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about June 19, 2006, within the District of Columbia, **MELVIN GALE**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Oxycodone**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about June 19, 2006, within the District of Columbia, **MELVIN GALE**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Smothers Elementary School, a public elementary school in the District of Columbia.

(**Unlawful Distribution of Oxycodone Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## COUNT FOUR

On or about June 27, 2006, within the District of Columbia, **MELVIN GALE**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Oxycodone**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FIVE

On or about June 29, 2006, within the District of Columbia, **MELVIN GALE**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable

amount of oxycodone, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Oxycodone**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT SIX

On or about July 13, 2006, within the District of Columbia, **MELVIN GALE**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methadone, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute of Methadone**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT SEVEN

On or about July 13, 2006, within the District of Columbia, **MELVIN GALE**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute of Oxycodone**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### FORFEITURE ALLEGATION

Upon conviction of the controlled substance offenses alleged in Counts One through Seven of this Indictment, **MELVIN GALE** shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limited to the following:

1. **CURRENCY**

Approximately $100 recovered from 46 Burns Street, NE, Washington, DC, on or about July

13, 2006.

    2.    **MONEY JUDGMENT**

A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses in Counts One through Five of this Indictment, including:

$2,300 (Count 1)

$2,300 (Counts 2 and 3)

$3,000 (Count 4)

$4,000 (Count 5)

    3.    **CONVEYANCE**

One gold-colored 2003 Lincoln Town Car Executive, VIN: 1LNM81WX3Y703843.

    4.    **REAL PROPERTY**

All of that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 46 Burns Street, N.E., Washington, D.C., more particularly described as:

> LOT NUMBERED FORTY-TWO IN KATHLEEN WRIGHT'S SUBDIVISION OF LOTS IN SQUARE NUMBERED FIFTY HUNDRED FORTY-EIGHT (5048), AS PER PLAT RECORDED IN LIBER 111 AT FOLIO 195 IN THE OFFICE OF THE SURVEYOR FOR THE DISTRICT OF COLUMBIA.

If, as a result of any act or omission of the defendant, any of the said property

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminish in value; or

    e.    has been commingled with other property which, without difficulty cannot be

subdivided;

any and all interest defendant has in any other property (not to exceed the value of the above forfeitable property), including, but, not limited to the following property:

(**Criminal Forfeiture,** pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2))

A TRUE BILL

FOREPERSON.

Attorney for the United States in
and for the District of Columbia