UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>MELVIN GALE,<br><br>　　　　　Defendant.<br><br>Re: REAL PROPERTY IDENTIFIED AS:<br>46 BURNS STREET, N.E.,<br>WASHINGTON, DC 20019-3359 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Criminal No. 06-245<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notes the filing, as part of the record in the above-captioned case, of the attached Recording of *Lis Pendens*, filed on August 22, 2006, as Document No. 2006114648, with the District of Columbia Recorder of Deeds Division at the Office of Tax and Revenue.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, D.C. Bar #451058
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　BRYAN ROSLUND
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　Criminal Division, Asset Forfeiture Unit
　　　　　　　　　　　　　　　　555 Fourth Street, N.W., Room 4108
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 514-4922

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Filing has been sent by first class mail, postage prepaid, this _____ day of August, 2006, to:

Gene Johnson
640 Orleans Place, N.E.
Washington, D.C. 20003
(Counsel for defendant Melvin Gale)

Inter-City Mortgage Corporation
3001 Georgia Avenue, N.W.
Washington, D.C. 20001
(Lienholder)

BRYAN ROSLUND
Assistant United States Attorney