UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's<br>   Office<br>Judiciary Center Building<br>555 4th Street, N.W.<br>Washington, D.C. 20530,<br><br>                    Plaintiff,<br><br>         v.<br><br>MELVIN GALE,<br><br>                    Defendant.<br><br>Re: REAL PROPERTY IDENTIFIED AS:<br>    46 BURNS STREET, N.E.,<br>    WASHINGTON, DC  20019-3359 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Criminal No.  06-245<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned action has commenced and is now pending in the Federal District Court of the District of Columbia between the above-named parties.

One aspect thereof is to obtain judicial forfeiture of certain real property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of narcotics trafficking offenses, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**The name of the person(s) whose estate(s) or interest(s) are possibly to be affected are MELVIN GALE, and persons alleging any interest in the property.**

The property to be forfeited by reason of the foregoing and pursuant to the provisions contained in 21 U.S.C. § 853 and to which this *Lis Pendens* refers, is the real property,

with appurtenances and improvements thereon, located at 46 Burns Street, NE, Washington, D.C. 20019-3359, more fully described as:

> Lot numbered forty-two (42) in Kathleen Wright's subdivision of lots in square numbered fifty hundred forty-eight (5048), as per plat recorded in Liber 111 at Folio 195 in the Office of the Surveyor for the District of Columbia.

For further information concerning this action, reference may be made to the records of the Criminal Docket Clerk of the Federal District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

WITNESS my hand this 18th day of August, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN (D.C. Bar #451058)
UNITED STATES ATTORNEY

_____
WILLIAM R. COWDEN (D.C. Bar #426301)
JUDITH A. KIDWELL
Assistant United States Attorneys
Asset Forfeiture Unit, Criminal Division
555 Fourth Street, N.W., Room 4824
Washington, D.C. 20530
202-307-0258

Washington,            )
                       )
                       )
                       )SS
District of Columbia   )

I, Jessica McCormick, a Notary Public in and for the District of Columbia, DO HEREBY CERTIFY THAT the United States of America, pray to a certain *Lis Pendens* bearing date on the 18th day of August, 2006, and hereto annexed, personally appeared before me in said District of Columbia, William R. Cowden, Assistant United States Attorney, being personally well known to me as the person who executed the said *Lis Pendens* and acknowledged the same to be his act and deed.

Given under my hand and seal this 18th day of August, 2006.

_____
Notary Public

Jessica McCormick
Notary Public, District of Columbia
My Commission Expires 12-14-2006

My Commission Expires: _____

```
                Receipt# 690912
----------------------------------------
                  LARRY TODD
              RECORDER OF DEEDS
           WASH DC RECORDER OF DEEDS
               515 D STREET NW
                  SUITE 202
               WASHINGTON, DC
                   20001-
               (202) 727-5374
----------------------------------------
Doc# 2006114648   Pgs: 3
Doc Type: LIS PENDEN
    RECORDING            $      27.00
    SURCHARGE            $       6.50

Total                   $      33.50
Check Amt. Tendered     $      33.50
Change Due              $       0.00
Balance                 $       0.00
----------------------------------------
    Check Number              Amount
     21643331           $      33.50
----------------------------------------
Total Documents: 1
Total Fees: 2
----------------------------------------
Client Name GENERAL PUBLIC
08/22/2006 11:53:00 AM

Cashier: CASHIER7
```