UNITED STATES DISTRICT COUR
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No: 06-245(JDB) |
| Vs. | Magistrate No: 06-0318M-01 (CR) |
| MELVIN GALE, | |
| Defendant. | |

### MOTION REQUEST COURT ORDER THAT DEFENDANT BE TRANSFERRED FROM D.C. JAIL TO CORRECTIONAL TREATMENT FACILTY

Comes now the defendant, Melvin Gale, by and through his counsel, Gene R. Johnson, respectfully moves this Honorable Court to ORDER the transfer of the defendant, Melvin Gale, to the C.T.F. Compound.

1. That on July 25, 2006, Judge Robinson considered sending the defendant to the C.T.F. Compound, but instead, granted his release. Counsel for the defendant at that time, had made a motion recommending that the defendant be transferred. The motion was based on the fact that the defendant was seriously ill and after numerous requests, the D.C. Jail had not provided the defendant with the minimum health care needed. The United States had no objections to the defendant's request.

2. That on Friday, August 25, 2006, counsel for the defendant renewed his motion to have the defendant, who is still seriously ill, transferred to the C.T.F. Compound. It is counsel's view that the C.T.F. Compound will provide the defendant

with the basis level of health care, when it is abundantly clear, that proper care for this defendant can not be received at the D.C. Jail

For the record, the defendant suffers from cancer, diabetes, hearth problems, a recent thyroid operation, and gout.

Respectfully submitted,

Gene R. Johnson #931907
640 Orleans Place, N. E.
Washington, D.C. 20002
(202) 543-1011

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was mailed this 25th day of August, 2006, to Bryan Roslund, Assistant United States Attorney, 555 4th Street, N. W., Washington, D.C. 20530.

Gene R. Johnson, Esquire