UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MELVIN GALE,

Defendant.

Criminal No. 06-245 (JDB)

FILED

AUG 28 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of defendant's motion for an order to be transferred from D.C. Jail to the D.C. Correctional Treatment Facility, and good cause having been shown at the hearing in this matter on this date, it is hereby

ORDERED that the defendant Melvin Gale (Reg. # 28680-016, DCDC # 132-233) shall be transferred from D.C. Jail to the D.C. Central Treatment Facility forthwith.

_____
JOHN D. BATES
United States District Judge

Dated: August 25, 2006