UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** 06-245 **(JDB)** |
| | : | |
| v | : | |
| | : | |
| **MELVIN GALE** | : | |

## NOTICE OF FILING

The United States of America, by its undersigned Assistant United States Attorney, requests that the attached discovery letter dated September 11, 2006, and attached hereto, be made part of the record in this case.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney
    Bar No. 451058

    _____
    Bryan D. Roslund
    Assistant United States Attorney
    555 4th Street, N.W.  #4105
    Washington, DC 20530
    (202)514-4922; Fax: 616-2296

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by electronic case filing upon counsel for the defendant, Gene R. Johnson, Esquire, 640 Orleans Place, N.E., Washington, D.C. 20003, on this 11th day of September, 2006.

    _____
    Bryan D. Roslund
    Assistant United States Attorney