

U.S. Department of Justice

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

September 11, 2006

Gene R. Johnson, Esq.
640 Orleans Place, NE
Washington, DC 20003

              Re:    <u>United States v. Melvin Gale</u>, 06-245 (JDB)

Dear Mr. Johnson:

      I am writing to provide you with discovery in the above-referenced case. The following information is intended to comply with the Government's obligations under Rule 16 of the Federal Rules of Criminal Procedure. References to the page numbers of the discovery packet are provided after each item below.

**1. Documents:**
      Copies of the following documents are enclosed with this letter:

database searches on Melvin Gale - pages 3 through 23
database information on Edna Branham - pages 27 through 48
FBI 302s, June 13, 2006 sale - pages 49 through 54
FBI 302s, June 19, 2006 sale - pages 55 through 59
FBI 302s, June 27, 2006 sale - pages 60 through 65
FBI 302s, June 29, 2006 sale - pages 66 through 71
FBI 302s and advice of rights, July 13, 2006 events - pages 72 through 75
FBI 302s recorded calls by CI to Melvin Gale and Edna Branham - pages 76 through 97
Criminal history of Melvin Gale - pages 98 through 139
Arrest warrant complaint and affidavit - pages 140 through 149
Search warrant complaint and affidavit for 46 Burns St. - pages 150 through 164
Search warrant complaint and affidavit for Lincoln sedan - pages 165 through 181
Search warrant inventory - pages 183 through186
FBI 192s from search - pages 187 through 207

**2. Tangible Evidence**

At trial the Government may seek to introduce all, or portions, of the following items:

photographs of the defendant - pages 1 and 2
photographs of the exterior of 46 Burns Street - pages 24 and 25
map of Burns Street - page 26
documents seized from 46 Burns Street - pages 208 through 220
photographs of defendant on June 29, 2006 - pages 221 through 223
ariel photographs of 46 Burns Street - page 224
photographs of pills and pill bottles - pages 225 and 226
photographs from the search of 46 Burns Street - pages 224 through 248

audio tape recordings of telephone calls between the Melvin Gale and the confidential source on:
    Tape 1 - June 15, 2006
    Tape 2 - June 19, 2006
    Tape 3 - June 25, 2006
    Tape 4 - June 25, 2006
    Tape 5 - June 26, 2006
    Tape 6 - June 27, 2006
    Tape 7 - June 28, 2006
    Tape 8 - June 29, 2006
    Tape 9 - July 5, 2006

video recordings of purchases involving the defendant on:
    June 13, 2006 - 7 disks
    June 19, 2006 - 4 disks
    June 27, 2006 - 4 disks

**3. Reports of Examinations or Tests and Experts**

At this time, the Government has not yet received the report from the chemists who will analyze all of the substances purchased from the defendant and the substances recovered during the execution of the search warrant. When those results are received, I will forward them to you.

There may also be attempts to lift latent fingerprints from the pill bottles in this case and to identify those prints. I will provide you with results of that comparison, should fingerprints be found.

The Government is not aware of any other tests performed in this investigation. Should further information be learned, it will be passed on to you.

**4. Statements:**

The Government is not aware of any statements made by your client to law enforcement officers during or after his arrest on July 13, 2006. If the Government becomes aware of any such statements, I will notify you in writing.

**5. Criminal History:**

At this time, the only convictions and pending cases of which I am aware are detailed on pages 98 to 139 of the discovery package attached to this letter.

**6. Rule 404(b) Evidence:**

At this time, it does not appear that the Government will offer Rule 404(b) evidence based on the defendant's prior convictions. However detailed information about those convictions is still being gathered. Should the Government elected to offer such evidence, you will be promptly notified and the appropriate notices and motions will be filed.

**7. Brady Information:**

None known at this time.

**8. Giglio Information:**

Special Agent Mark Dargis testified at the preliminary hearing in this matter before Magistrate Judge Robinson and testified before the grand jury. Transcripts of his testimony will be ordered and will be made available to you should Agent Dargis testify at any future hearing in this matter.

**9. Government's Discovery Requests**:

I am requesting your timely disclosure of all information discoverable under Federal Rules of Criminal Procedure 16 and 26.2.

If you have any questions about the information provided above, you may contact me by telephone, fax, mail, or e-mail.

Bryan Roslund
Office of the United States Attorney
Narcotics Section

Room 4108
555 Fourth Street, N.W.
Washington, D.C.  20530

Office:     202-514-4922
Fax:        202-616-2296
E-mail:     Bryan.Roslund@usdoj.gov

                Sincerely,

                KENNETH L. WAINSTEIN
                UNITED STATES ATTORNEY

By:
                Bryan Roslund
                Special Assistant United States Attorney