UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 06-245 (JDB) |
| | : | |
| **MELVIN GALE,** | : | |
| | : | |
| Defendant. | : | Status hearing: October 26, 2006 |
| _____ | : | |

**GOVERNMENT'S MOTION TO CONTINUE STATUS HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the status hearing currently scheduled for 9:00 a.m. on Thursday, October 26, 2006.  In support of this Motion, the Government submits the following:

1.  Since the last status hearing on September 25, 2006, there have been a number of discussions, including two meetings, between the parties on possible resolutions to this case.  The discussions, while productive, are still ongoing.

2.  The parties are optimistic that a resolution short of trial can be worked out, however that resolution will not come by October 26, 2006.  At the scheduled October hearing, the parties would be asking for a further status to be set in the week of November 13, 2006.

3.  Mr. Gale has a hearing before the Parole Commission on Wednesday, October 25, 2006.  For a person of Mr. Gale's less than perfect health, the schedule prisoners face on days when they must appear in court can be very difficult.  Having to appear for hearings two days in a row will be particularly taxing on Mr. Gale.

4.  The Government has consulted with counsel for Mr. Gale, Mr. Gene Johnson and Mr.

Johnson has authorized the Government to state that he joins in the request to continue the status hearing.

    WHEREFORE, because the parties need more time to resolve this case and in recognition of the strain that court appearances put on Mr. Gale's fragile health, the United States respectfully requests that this Motion be granted and that the status hearing of October 26, 2006 be reset to a date during the week of November 13, 2006 that is convenient for the Court and all parties.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      United States Attorney
                                      D.C. Bar Number 498610

BY: _____
       BRYAN ROSLUND
       Special Assistant United States Attorney
       Organized Crime and Narcotics Section
       555 4th Street, N.W.  #4108
       Washington, DC 20001
       (202) 514-4922; Fax: (202) 616-2296