UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 06-245 (JDB) |
| | : | |
| **MELVIN GALE,** | : | |
| | : | |
| Defendant. | : | Status hearing: October 26, 2006 |
| _____ | : | |

**ORDER**

Having considered the Government's Motion to Continue Status Hearing, and the defendant's support of that Motion, it is hereby,

**ORDERED**, that the Motion is hereby GRANTED and that the status hearing of October 26, 2006 at 9:00 a.m. is rescheduled to November _____, 2006 at _____ a.m./p.m..


_____                    _____
DATE                                            JOHN D. BATES
                                                UNITED STATES DISTRICT JUDGE


Copies to:

Bryan Roslund, SAUSA                            Gene Johnson, Esq.
U.S. Attorney's Office                          640 Orleans Place, NE
Rm 4108                                         Washington, DC 20003
555 Fourth Street, NW
Washington, DC 20530