UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No: 06-245(JDB) |
| Vs. | Magistrate No: 06-0318M-01 (CR) |
| MELVIN GALE, | |
| Defendant. | |

## MOTION REQUESTING A CONTINUANCE

Comes now the defendant, Melvin Gale, by and through his counsel, Gene R. Johnson, respectfully moves this Honorable Court for a continuance for the reasons stated herein.

1. That this case is set for Friday, April 6, 2007, for a status hearing.

2. That counsel's mother who is eighty-seven (87) years old, is requesting that I come home to be with her on Easter Weekend.

3. That counsel is respectfully requesting a short continuance for counsel to travel to Florida to be with his mother for Good Friday and Easter.

4. That counsel for the United States does not oppose this motion.

Based on the foregoing it is respectfully requested that this motion be granted.

Respectfully submitted,

*Gene R. Johnson*
Gene R. Johnson #931907
640 Orleans Place, N. E.
Washington, D.C. 20002
(202) 543-1011