UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Criminal No. 06-245(JDB) |
| v. | * | Magistrate No.: 06-0318M-01(CR) |
| MELVIN GALE, | * | |
| Defendant. | * | |

**<u>ORDER</u>**

Upon consideration of the defendant's Motion for a Continuance for the reasons stated herein, and the United States does not oppose the Motion, it is hereby ordered on this \_\_\_\_ of April, 2007,

    ORDERED:  That the defendant's Motion for a Continuance is hereby:

    ORDERED:  That the defendant's Motion is granted.

                                                                John D. Bates
                                                                District Court Judge

Copy to:

Gene R. Johnson, Esq.
Glen Donath, A.U.S.A.