UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-245-01</u> |
| | : | |
| vs. | : | |
| | : | |
| Gale, Melvin | | Disclosure Date: <u>June 29, 2007</u> |

**FILED**

**AUG 1 4 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                  _____
**Prosecuting Attorney**                                                                            **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)

(X)    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signed] Melvin Gale, July 16_   _[signed] June R. Johnson_   _7-16-07_
**Defendant**      **Date**              **Defense Counsel**              **Date**

#### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **July 13, 2007**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By:    Gennine A. Hagar, Chief
        United States Probation Officer

Pg 14

Second Paragraph

Count is retained

Signed by: _[signature]_
(Defendant/Defense Attorney/AUSA)

Date: 7/16/07