# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
|  | ) | |
| **v.** | ) | **Crim. No. 06-0245 (JDB)** |
|  | ) | |
| **MELVIN GALE,** | ) | |
|  | ) | |
| **Defendant.** | ) | |
|  | ) | |

---

## <u>NOTICE OF APPEARANCE AS CO-COUNSEL</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, submits this Notice of Appearance As Co-Counsel.  Please enter the appearance of Assistant United States Attorney Thomas E. Zeno,  Bar Number 348-623,  telephone number (202) 514-6957,  as lead  attorney in the above reference matter along with Assistant United States Attorney Geoffrey Carter.

Respectfully submitted,

JEFFREY A. TAYLOR
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA


BY:        _____/s/_____
Thomas E. Zeno
Assistant United States Attorney
Bar No. 348-623
555 4th Street, N.W., Room 5243
Washington, D.C.  20530
(202) 514-6957
(202) 307-2304 (fax)

DATED: September 11, 2007