UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Vs. | : | Crim. No. 06-0245(JDB) |
| MELVIN GALE, | : | Sent. Date 1/9/08 |
| Defendant | : | |

## MOTION REQUESTING COURT'S PERMISSION TO WITHDRAW AS COUNSEL

Comes now Counsel for defendant, Melvin Gale, Gene R. Johnson, respectfully requests this Court's permission to withdraw as counsel for the reasons stated herein.

1. That counsel was retained by the defendant on July 14, 2006.

2. That the defendant is set for sentencing at 1:30 p.m., on Wednesday, January 9, 2008.

3. That this motion is based on the fact that counsel and the defendant have irreconcilable differences.

4. That the relationship between counsel and the defendant is such, that in the interest of justice, the defendant would be better served having new counsel.

Respectfully submitted,

*Gene R. Johnson*
Gene R. Johnson #931907
640 Orleans Place. N.E.
Washington, DC 20002
(202) 543-1011